IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                  No. 2:25-CR-960-MIS

DANIEL MARTINEZ-TORRES,

    Defendant.

## ORDER DISMISSING COUNT 2 OF THE INFORMATION WITHOUT PREJUDICE

THIS MATTER is before the Court on the Parties' responses to the Court's Order to Show Cause, ECF No. 16. In its response the Government stated that "Defendant has been deported from the United States[,]" that "Defendant's current whereabouts are unknown[,]" and that "[n]o steps have been taken to ensure that Defendant may reenter the country to stand trial." ECF No. 17 at 1. Accordingly, the Government moved the court to dismiss the remaining count of the Information (Count 2) without prejudice in the interests of justice. *Id.* at 2. In reply, counsel for Defendant indicated that the Government's motion was unopposed. ECF No. 18.[1]

The Court, being full advised in the premises, hereby **GRANTS** the Government's motion. Count 2 of the Information is **DISMISSED WITHOUT PREJUDICE** in the interests of justice.[2]

---

[1] The reply states that "*undersigned counsel* is unopposed" to the Government's motion. ECF No. 18 at 1 (emphasis added). The Court assumes that it is phrased this way because counsel has been unable to contact Defendant since Defendant was deported. As discussed below, *infra* n.2, the Court is taken aback by the Government's actions in this and similar cases.

[2] The Court is satisfied that dismissal *without* prejudice is warranted in this case given its status as one of the first cases being charged in a novel manner. But the Court has serious concerns about the treatment of constitutional and statutory rights in these cases, as evidenced in the Orders to Show Cause. The Government is therefore on notice that the Court is contemplating dismissal *with* prejudice in future cases that continue this pattern of charging and removing defendants.

The Clerk shall provide two certified copies of this Order to the United States Marshal as authority to proceed hereunder.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE